Date: 9-26-23

1:23CV01227 RP

TO: United States Federal Courthouse Federal Lawsuits Department

From: Jarod Lionelle Smith - Booking # 23-17774 - DOB: 12-27-1990 Age 32

I am locked up At: Travis County Correctional Complex 3614 Bill Price Rd. Del Valle TEXAS 78617

Housing: 12-G-1158 / My Travis County Public Defenders Office Appointed Attorney: Ms. _____ Rue
Phone #: (512) 317-3640 + (512) 854-5100 and Ms. Melissa Lebot, Lawsuit social worker
Phone #: (737) 288-9783 (512) 854-5100  Mailing Address: P.O. Box 103 Austin TX 78767
Physical Address: 1010 Lavaca St. 2nd Floor Austin TX 78701

FILED OCT 04 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

I Jarod Lionelle Smith DOB: 12-27-1990 Age 32

I would Like To Report and put in A Complaint About Travis County Sheriffs Office and Travis County Correctional Complex and Travis County Central Booking and Travis County (Also called - (512) 854-6777) (PREA Department) Inmates Grievance Process and Grievance System, TCSO Medical Department, Confidential Support Services with safeline in custody, TCSO The Sheriff Ms. Sally Hernandez - TCSO The Judge Ms. Needles - TCSO Internal Affairs unit Detective Derick C. The TCCC The Director Mr. Danny Smith, Mental Health Department Ms. Stephenie Ms. Alisson and others in Mental Health Department, Disciplinary Board members TCCC, TCCC C-TAC Team members 2-Building Officers Supervisors 12-Building officers and supervisors, Travis County Public Defenders office TOO The Austin American Statesmen News papers, Austin City Hall Council Chambers members Criminal Justice Department. All Of The Companys and Agencys on TCSO Did Not Report or Conduct A Investigation or Tryed to Help! TCSO and TCCC Did (Physicaly Abused Me By Tazzing Grabbing Hitting, Punching, Slaming me on The ground, Taking my clothings off, Slaming my Arm in Beanslot, Cutting my Arm, Slaming my Hand in The Beanslot, By officer R. Reed) I Also got (Sexualy Harassment) By officer R. Reed and (Sexualy Harassment By C-Tac Team) and Also (Physicaly Abused By C-Tac Team TCCC all on Video watch all on cam. I Had Injuries To Face, Arms, Back TOO! and A use-of-force TOO with Tazzers in my Face! I would Like To file officers with Oppression and Aggrivated Assault with Deadly weapon TOO! on officers and staff members

I am going Though (Physical Abuse) with officers At TCCC and (Sexual Harrassment) (Retaliation for Reporting) with Complaints and the Grievances Forms and Though writing Staff members contractors and officers Grievance Systems officers Supervisors Also Been Having (Physical Retaliation from C-Tac and officers Like Officer Reed Also Retaliating on me By writing me up on Disciplinary write ups on me. Not Cooperating in A Investigation Regarding Staff and officers Neglect from them and Not Helping me and Violating my safty and of Responsibilitys and Did Not Follow Agencys Poilcies or Procdures Also TCSO Did NO and TCCC Did Not Prevent, Detect, or Respond To Alligations I Feel TCSO and TCCC and others are Violating My safty and others too! (I Also Feel Discriminated on) Also I feel That Travis County correctional complex (use-of-Force on me)

I Also Feel TCSO Did Not Conduct A good Investigation on me with Internal Affairs unit with Detective Derick C.

I would Like To start A Lawsuite 2.8 Million $ for

for Bad Treatment In Jail issues In Jail and (use-of-Force) And (Harrassment Sexual) (Physical Abuse)(Not Following Agencys Policies or Procedures)(Not Responding To Abuse) (Not Investigating)(Prohibited conduct) By staff and Agency and (Intercepting my Mail) going in or out mail! I would Like Criminal charges Droped ASAP! on me!

Send Me Someone TO TALK TO About lawsuits ASAP! Cant Talk on Phones much love and Respect! Jarod Linnelle Smith    Jarod Smith
★★★★★ Jarod Smith ★★★★★