IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**JAROD LIONELLE SMITH #2319974,**
             **Plaintiff,**

**-vs-**                                                                                    Case No.  A-23-CV-1227-RP

**TRAVIS COUNTY SHERIFF'S OFFICE,**
**et al.,**
             **Defendants.**

_____

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which dismissed Plaintiff Jarod Lionelle Smith's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and for failure to obey an order of the Court. This case is **CLOSED**.

**SIGNED** on November 28, 2023.


ROBERT PITMAN
UNITED STATES DISTRICT JUDGE